UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAMAL KADER,**

    **Plaintiff(s),**

v.                       CASE NO: 8:10-CV-1111-T-30EAJ

**HILLSBOROUGH COUNTY**
**SHERIFF'S OFFICE,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiffs has/have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #8) entered on October 5, 2010. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 19, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-1111.dismiss.wpd*